[No. 22995-5-III. Division Three. October 11, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. C.T., *Appellant*.

Appeal from judgments of the Superior Court for Grant County, No. 03-8-00212-5, Bruce D. Pinkerton and Nathan Albright, JJ. Pro Tem., entered February 23 and April 27, 2004. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Kato, C.J., and Schultheis, J.

[No. 23028-7-III. Division Three. October 11, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. C.S., *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 03-8-00668-6, Kenneth L. Jorgensen, J., entered April 5, 2004. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Kato, C.J., and Brown, J.

[No. 23188-7-III. Division Three. October 11, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH JAMES KOZIOL, *Appellant*.

Appeal from judgments of the Superior Court for Benton County, No. 04-1-00042-8, Craig J. Matheson and Carolyn A. Brown, JJ., entered June 14 and June 25, 2004. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Kato, C.J., and Brown, J.

[No. 23241-7-III. Division Three. October 11, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT WILLIAM SKYLSTAD, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-1-02301-3, Linda G. Tompkins, J., entered July 28, 2004. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Sweeney, A.C.J., and Brown, J.